IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARMINE CAMERLENGO,** *Plaintiff*, v. **WOLVERINE CONSTRUCTORS, INC.,** *Defendant*. | Case No. 2:21-cv-00065-JDW |

## ORDER

**AND NOW,** this 7th day of May, 2021, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b).  Each party shall bear his or its own costs and attorneys' fees.

                                              **BY THE COURT:**

                                              */s/ Joshua D. Wolson*
                                              JOSHUA D. WOLSON, J.